**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Glory Project LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
88-4027931

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 19525 Ventura Blvd. Tarzana, CA 91356 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor __Glory Project LLC_____ Case number (*if known*)_____
 Name

7. **Describe debtor's business** A. *Check one:*

 ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
 ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
 ☐ Railroad (as defined in 11 U.S.C. § 101(44))
 ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
 ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
 ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
 ■ None of the above

 B. *Check all that apply*

 ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
 ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
 ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
 http://www.uscourts.gov/four-digit-national-association-naics-codes.
 __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

 *Check one:*

 ☐ Chapter 7
 ☐ Chapter 9
 ■ Chapter 11. *Check **all** that apply*:

 ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor ~~is a small business debtor as defined in 11 U.S.C. § 101(51D), and it~~ chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

 ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
 If more than 2 cases, attach a separate list.

 ■ No.
 ☐ Yes.

 District _____ When _____ Case number _____
 District _____ When _____ Case number _____

Debtor  Glory Project LLC                                                    Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor: Private Animal Care Veterinary Corporation   Relationship: Affiliate

District: Central    When: 9/18/24    Case number, if known:

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor    Glory Project LLC    Case number (*if known*)
    Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Glory Project LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 18, 2024
                MM / DD / YYYY

X /s/ [signature]                                     Krystal J. Burns
Signature of authorized representative of debtor       Printed name

Title    Managing Member

**18. Signature of attorney**

X /s/ Susan K. Seflin                              Date  September 18, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Susan K. Seflin 213865
Printed name

BG LAW LLP
Firm name

21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone (818) 827-9000       Email address  sseflin@bg.law

213865 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Glory Project LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT Security Services<br>452 Sable Blvd.<br>Unit G<br>Aurora, CO 80011 | 877-545-0502 | Security system monitoring | | | | $15,839.77 |
| Goldman Sachs Bank USA<br>200 West Street<br>New York, NY 10282 | 877-476-3860 | Business credit card | | | | $36,466.00 |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
Private Animal Care Veterinary Corporation, an affiliate of the Debtor, has filed a Chapter 11 petition concurrently herewith

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Los Angeles__, California.

Date: September 18, 2024

_Krystal J. Burns_
Signature of Debtor 1

Signature of Debtor 2

## Glory Project LLC

## RESOLUTION TO FILE PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

WHEREAS, Glory Project LLC ("Company") is insolvent and unable to pay its debts as they mature, and it would be in the best interests of the Company and its creditors to reorganize under the Bankruptcy Code, it is hereby

RESOLVED, that a petition under the provisions of chapter 11 of the Bankruptcy Code (the "Bankruptcy Petition") shall be filed by the Company with the United States Bankruptcy Court, Central District of California (the "Bankruptcy Court"), on September 18, 2024, or such other date as is determined to be optimal;

RESOLVED FURTHER, that the undersigned shall be the designated officer on behalf of and in the name of the Company, to execute the Bankruptcy Petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case on September 18, 2024, or such other date as is determined to be optimal by the designated officer;

RESOLVED FURTHER, that the designated officer is hereby authorized and directed, on behalf of and in the name of the Company, to execute and file, and to cause counsel for the Company to prepare with the assistance of the Company, as appropriate, all documents and pleadings to be filed in connection with the bankruptcy case and to take any and all action which the designated officer deems necessary and proper in connection with the bankruptcy case. Such actions shall include, but not be limited to, employing counsel and other professionals, seeking Bankruptcy Court approval of a plan, disclosure statement or any other relief that may be appropriate.

Glory Project LLC

_____
Krystal J. Burns, Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Glory Project LLC

Debtor(s).

CASE NO.:
CHAPTER: 11

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: September 18, 2024

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: September 18, 2024

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                  F 1007-1.MAILING.LIST.VERIFICATION

```
Glory Project LLC
19525 Ventura Blvd
Tarzana, CA 91356


Susan K  Seflin
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367


U S  Trustee   San Fernando Valley Div
915 Wilshire Blvd
Suite 1850
Los Angeles, CA 90017
```

```
ADT Security Services
452 Sable Blvd
Unit G
Aurora, CO 80011


Alan Stomel, Trustee of the
Clarita E  Stomel Revocable Trust
c/o Silver  Arsht
1860 Bridgegate Street, Suite 100
Westlake Village, CA 91361


BMO Bank, N A
P O  Box 6201
Carol Stream, IL 60197


Goldman Sachs Bank USA
200 West Street
New York, NY 10282


Hemar, Rousso   Heald, LLP
15910 Ventura Blvd
12th Floor
Encino, CA 91436


Krystal J  Burns
19525 Ventura Blvd
Tarzana, CA 91356


Theodore Stomel, Trustee of the
Clarita E  Stomel Revocable Trust
c/o Silver  Arsht
1860 Bridgegate Street, Suite 100
Westlake Village, CA 91361


U S  Small Business Administration
Fresno District Office
2719 North Air Fresno Drive
Suite 200
Fresno, CA 93727-1547
```